Ex parte Squires *vs.* Broome C .P.

A defendant upon whom a declaration is served *out* of the county in which the suit is commenced, waives the irregularity by obtaining a rule against the plaintiff to file security for costs.

December 19.

A suit was commenced against the relator by the filing of a declaration in the common pleas of Broome. The copy of the declaration was served upon the relator whilst he was *out* of the county of Broome, and for this cause he moved to set aside the proceedings of the plaintiff. The motion of the defendant was resisted, by shewing that the defendant had obtained a rule requiring the plaintiff to file security for costs in the suit thus pending, and the common pleas for this cause refused to set aside the proceedings of the plaintiff. A *mandamus* was now asked for, requiring the common pleas to grant the motion of the defendant, which was denied by the court on the ground that by asking for security for costs, the defendant had given jurisdiction to the common pleas over his person, and had waived the irregularity of which he complained.